**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>JEROME NEMIAH FRYER<br>1508 BURTON AVENUE<br>MACON, GA  31204 | **CHAPTER 13**<br><br>**Case Number:** 09-51056-JPS<br><br>**ATTORNEY:**  AKIN, WEBSTER & MATSON, P.C. |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $282.18 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Benjamin Johnston, MD
Po Box 26040
Macon, GA 31221


**DATED:** January 2, 2014

/s/ Camille Hope
**Camille Hope, Trustee**
P.O. Box 954
Macon, GA 31202
(478) 742-8706